JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SHARI JACKSON, ET AL., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 10-01760-MMM(CWx) |
| v. | |
| FEDERAL EXPRESS, | **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |
| DEFENDANT(S). | |

This action having been tried before the Court sitting with a jury, the Honorable Margaret M. Morrow, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

SHARI JACKSON, GERALD MYERS, DEBBIE GREENE, AND JUDE CIAVARELLA

take nothing; that the action be dismissed on the merits; and that the defendant(s):

recover of the plaintiff(s) its costs of action, taxed in the sum of 0.00 .

Clerk, U. S. District Court

Dated: 7/15/11

By [signature]
Deputy Clerk

At: _____

cc: Counsel of record

CV-44 (11/96)      **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)**